# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL M. MIDDERIGH
           Plaintiff,           JUDGMENT IN A CIVIL CASE
    v.

MICHAEL J. ASTRUE,           CASE NUMBER: C06-5590KLS
Commissioner of Social Security
Administration,

           Defendants,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Court finds the ALJ improperly determined plaintiff was not disabled. Accordingly. the ALJ's decision is hereby REVERSED and REMANDED to the Commissioner for further administrative proceedings.

    June 29, 2007                              BRUCE RIFKIN
                                                      Clerk

                                                /s/ Pat LeFrois
                                                 Deputy Clerk