U.S. MAGISTRATE JUDGE KAREN STROMBOM

D. James Tree
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone:  (509) 452-1700
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| PAUL M. MIDDERIGH, | ) | |
| | ) | |
| Plaintiff, | ) | NO:   C06-5590KLS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby ORDERED that attorney fees in the amount of $6,030.34 are awarded to Plaintiff's counsel pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 .

DATED this 26th day of September, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ D. JAMES TREE  WSBA #16976
Attorney for Plaintiff

ORDER-1