# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL M. MIDDERIGH

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5590KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That attorney fees in the amount of $6,030.34 are awarded to Plaintiff's counsel pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

September 26, 2007  
Date

BRUCE RIFKIN  
Clerk

*s/Caroline M. Gonzalez*  
Deputy Clerk